TAKASABURO SEKINO et al. v. Tom C. CLARK et al.

No. 3517.

Circuit Court of Appeals, Tenth Circuit.

Oct. 9, 1947.

Wirin, Kido & Okrand, of Los Angeles, Cal., and Warwick C. Lamoreaux, of Salt Lake City, Utah, for appellants.

Dan B. Shields, U. S. Atty., and Scott M. Matheson and O. K. Clay, Asst. U. S. Attys., all of Salt Lake City, Utah, for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on stipulation of the parties.

---

■

Franklin Wells SHEARER, Appellant, v, UNITED STATES of America.

No. 13602.

Circuit Court of Appeals, Eighth Circuit.

Sept. 8, 1947.

A. Jerome Hoffmann and Joseph M. Donahue, both of St. Paul, Minn., and J. C. Hopewell, of St. Louis, Mo., for appellant.

Drake Watson, U. S. Atty., and David M. Robinson, Asst. U. S. Atty., both of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed, on dismissal of appeal by appellant.

---

■

Bernard M. SHOTKIN, also Known as Barnay M. Shotkin, etc., v. THOMAS A. EDISON, Incorporated.

No. 3505.

Circuit Court of Appeals, Tenth Circuit.

Sept. 12, 1947.

Writ of Certiorari Denied Nov. 10, 1947.

See 68 S.Ct. 146.

Appeal from the District Court of the United States for the District of Colorado.

Bernard M. Shotkin, pro se.

Edward S. Rogers, William T. Woodson, and Beverly W. Pattishall, all of Chicago, Ill., and Elmer L. Brock and John R. Turnquist, both of Denver, Colo., for appellee.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal, 69 F.Supp. 176, dismissed on motion of appellee.

---

■

James M. SMITH, Petitioner, v. Dr. M. J. PESCOR, Warden, United States Medical Center, Springfield, Missouri.

No. 13628.

Circuit Court of Appeals, Eighth Circuit.

Sept. 9, 1947.

James M. Smith, pro se.

PER CURIAM.

Petition for leave to prosecute appeal from order of U. S. District Court, Western District of Missouri, of May 14, 1947, in forma pauperis, denied, etc.